# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 8, 2024

**To:**   Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-3040 |
| Caption: |
| JULIUS O. ROBINSON, |
| Petitioner - Appellant |
| v. |
| STEVEN MERENDINO, Warden, |
| Respondent - Appellee |
| District Court No: 2:20-cv-00640-JPH-MG |
| Clerk/Agency Rep Kristine L. Seufert |
| District Judge James P. Hanlon |
| Date NOA filed in District Court: 11/08/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)