IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JULIUS OMAR ROBINSON, <br><br> Petitioner. <br><br><br> v. <br><br><br> STEVEN MERENDINO, <br><br> Respondent. | **USCA No. 24-3040** <br><br> **Death-Penalty Case** <br><br> Appeal from the <br> Southern District of Indiana <br> Terre Haute Division <br><br> USDC No. 2:20-cv-00640-JPH-DLP <br><br> Judge James Patrick Hanlon <br> United States District Judge |

## STATEMENT OF ISSUES

Mr. Robinson's 28 U.S.C. § 2241 petition was wrongly dismissed by the district court. The district court found that Mr. Robinson did not satisfy the saving clause of 28 U.S.C. § 2255(e) and concluded that it lacked jurisdiction to adjudicate Mr. Robinson's petition. The court's decision was based on its interpretation of the Supreme Court's recent decision in *Jones v. Hendrix*, 599 U.S. 465 (2023), which it erroneously read to implicitly overrule this Court's long-standing precedent and bar virtually all petitions filed pursuant to § 2241.

1

This appeal challenges the district court's findings and seeks to correct its interpretation of *Jones.* Mr. Robinson's § 2241 petition contains claims that could not have been brought in his initial § 2255 motion and also claims that were presented in that motion but § 2255 proved to be inadequate and/or ineffective to test the legality of Mr. Robinson's detention. Mr. Robinson's claims satisfy the saving clause, *Jones* does not bar § 2241 relief, and these claims are reviewable under § 2241.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: November 13, 2024    By */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
(Cal. Bar No. 259290)
MICHAEL PETERSEN
(Cal. Bar No. 311729)
Deputy Federal Public Defenders
Office of the Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5374
Facsimile: (213) 894-0310
jonathan_aminoff@fd.org
michael_petersen@fd.org
Attorneys for Julius Omar Robinson

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I electronically filed the foregoing through this Court's electronic case-filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

Dated: November 13, 2024     By */s/ Jonathan C. Aminoff*
                             JONATHAN C. AMINOFF
                             Deputy Federal Public Defender