# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 14, 2024

*By the Court:*

|  |  |
|---|---|
| **No. 24-3040** | JULIUS O. ROBINSON,<br>        Petitioner - Appellant<br><br>v.<br><br>STEVEN MERENDINO, Warden,<br>        Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00640-JPH-MG |
| Southern District of Indiana, Terre Haute Division |
| District Judge James P. Hanlon |

**IT IS ORDERED** that appellant Julius Robinson shall file, on or before December 16, 2024, a memorandum explaining why this court should not summarily affirm the district court's judgment in light of *Jones v. Hendrix*, 599 U.S. 465 (2023) (holding that federal prisoners' inability to satisfy 28 U.S.C. § 2255(h) does not permit them to pursue a habeas corpus petition challenging the legality of their convictions or sentences under § 2241 and the saving clause of § 2255(e)). The memorandum should also address how appellant's claims are cognizable under § 2241 even if this court's decision in *Webster v. Daniels*, 784 F.3d 1123 (7th Cir. 2015), survives *Jones*. Briefing in this case is otherwise **SUSPENDED** pending further order of this court.

form name: **c7_Order_BTC**    (form ID: **178**)