IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JULIUS OMAR ROBINSON, | **USCA No. 24-3040** |
| Petitioner | **Death-Penalty Case** |
| v. | Appeal from the Southern District of Indiana Terre Haute Division |
| STEVEN MERENDINO, | USDC No. 2:20-cv-00640-JPH-DLP |
| Respondent. | Judge James Patrick Hanlon |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S MEMORANDUM

CUAUHTEMOC ORTEGA (No. 257443)
Federal Public Defender
JONATHAN C. AMINOFF
(Cal. Bar No. 259290)
(E-Mail: jonathan_aminoff@fd.org)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East Second Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
**JULIUS OMAR ROBINSON**

Julius Robinson, by undersigned counsel, respectfully moves the Court for an extension of time within which to file the Court-ordered memorandum explaining why this Court should not summarily affirm the district court's judgment in the above-captioned cause, and in support thereof states:

1. Mr. Robinson is in federal custody under a death sentence.

2. Mr. Robinson filed a notice of appeal in the district court on November 8, 2024. That same day, he also filed a motion for leave to proceed in forma pauperis. That motion remains pending in the district court.

3. On November 14, 2024, this Court ordered Mr. Robinson to file the above-described memorandum on or before December 16, 2024.

4. For the reasons set out in counsel's affidavit, submitted pursuant to Circuit Rule 26 and attached hereto, counsel believes that the memorandum cannot be completed prior to February 17, 2025.

5. Counsel respectfully requests a 60-day extension of time through and including February 17, 2025.

WHEREFORE, counsel for Julius Robinson requests an extension of time within which to file his memorandum, and for any and all other proper relief.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 9, 2024        By /s/ Jonathan C. Aminoff
JONATHAN C. AMINOFF
Deputy Federal Public Defender

## <u>Affidavit in Support of Motion for Extension of Time Within Which to File Appellant's Memorandum</u>

1. On December 3, 2020, I filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on behalf of Julius Omar Robinson in Southern District of Indiana case number 2:20-cv-00640-JPH-DLP.  Briefing was completed in the case on October 12, 2022. Dkt. 31.

2. On September 30, 2024, the U.S. District Court for the Southern District of Indiana dismissed Mr. Robinson's § 2241 petition for lack of jurisdiction. On November 8, 2022, Mr. Robinson filed a Notice of Appeal (dkt. 36), docketing statement (dkt. 37), and motion for leave to proceed in forma pauperis (dkt 38), which remains pending in the district court (dkt. 42, 43).

3. On November 14, 2024, this Court ordered Appellant to file a memorandum on or before December 16, 2024 explaining why this case should not be summarily affirmed in light of the Supreme Court's recent decision in *Jones v. Hendrix*, 599 U.S. 465 (2023) and whether this Court's en banc decision in *Webster v. Daniels*, 784 F.3d 1123 (7th Cir 2015) survives *Jones* and, if so, how Appellant's claims are cognizable under § 2241.

4. Due to my commitments to other litigation, I am unable to complete the memorandum by the current due date.  Specifically, on October 30, 2024, I was assigned to the trial team in *United States v. Bernhard Fritsch*, Central District of California Case No.

17-CR-520-DSF-1. This case is set for trial on January 14, 2025, and the government has indicated that it intends to call approximately 30 witnesses in its case-in-chief, and anticipates its case will last at least 10 court days. To date the government has produced substantial discovery including "over 26,000 pages of interview reports, emails, and financial records, as well as several recordings of interviews, voluminous records of materials seized from digital devices pursuant to a search warrant, thousands of pages of seized physical evidence, and a 2 TB hard drive containing forensic images of the digital devices seized from defendant's business premises." Dkt. 296. Additionally, prior to my joining the trial team, the parties conducted several depositions pursuant to Federal Rule of Criminal Procedure 15. Since October 30, 2024, my time has been spent reviewing discovery and attempting to get up to speed on the case in anticipation of the January 14, 2025 trial. Additionally, the government filed six pretrial motions on December 2, 2024 (dkt. 317-322) and I am currently preparing oppositions to several of these motions.

5. With due diligence and giving proper priority to the preparation of the memorandum, I do not feel that I can submit the memorandum by the current due date.

6. Consequently, I am asking for a 60-day extension to file Mr. Robinson's opening brief, which would make the opening brief due on February 17, 2025.

I affirm under penalty for perjury that the above representations are true and correct.

By /s/ Jonathan C. Aminoff
JONATHAN C. AMINOFF
Deputy Federal Public Defender

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 9, 2024, I filed this motion for extension of time  to file appellant's memorandum through this Court's electronic case-filing system, which will serve all participants in this case who are registered users of that system. I also certify that I have directed that this motion be sent by first-class mail to:

> Julius Robinson
> Reg. No. 26190-177
> USP - Terre Haute
> P.O. Box 33
> Terre Haute, Indiana 47808

Dated: December 9, 2024          By */s/ Jonathan C. Aminoff*
                                           JONATHAN C. AMINOFF
                                           Deputy Federal Public Defender