# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 10, 2024

*By the Court:*

|  |  |
|---|---|
| No. 24-3040 | JULIUS O. ROBINSON,<br>    Petitioner - Appellant<br><br>v.<br><br>STEVEN MERENDINO, Warden,<br>    Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00640-JPH-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MEMORANDUM**, filed on December 9, 2024, by counsel for the petitioner-appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The petitioner shall file his memorandum by February 18, 2025. No further extensions will be granted.