# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 2, 2025

*By the Court:*

| | |
|---|---|
| No. 24-3040 | JULIUS O. ROBINSON, <div align="right">Petitioner - Appellant</div><br><br>v.<br><br>STEVEN MERENDINO, Warden, <div align="right">Respondent - Appellee</div> |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00640-JPH-MG |
| Southern District of Indiana, Terre Haute Division |
| District Judge James P. Hanlon |

Upon consideration of the **RESPONDENT-APPELLEE WADAS'S MOTION FOR LEAVE TO TRANSFER PRISONER**, filed on October 2, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Pursuant to Federal Rule of Appellate Procedure 23(a), respondent-appellee is authorized to transfer Julius Robinson to USP Florence ADMAX. When Robinson is transferred, the appellee shall notify this court so that Robinson's new custodian can be substituted as the proper respondent-appellee. See Fed. R. App. P. 43.

form name: **c7_Order_BTC**    (form ID: **178**)