# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 1, 2025

*By the Court:*

| | |
|---|---|
| No. 24-3040 | JULIUS O. ROBINSON,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>STEVEN MERENDINO, Warden,<br>　　　　Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00640-JPH-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

The court directs the parties to file memoranda addressing how this appeal should proceed in light of *Agofsky v. Baysore*, No. 24-1067 (7th Cir. Nov. 26, 2025).

The memoranda are due by December 15, 2025.

form name: **c7_Order_BTC**　　(form ID: **178**)