UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JULIUS O. ROBINSON, | ) | USCA No. 24-3040 |
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| v. | ) | District Court for the Southern |
| | ) | District of Indiana, |
| | ) | Terre Haute Division |
| JOSEPH WADAS, Warden, | ) | |
| | ) | USDC No. 2:20-cv-00640-JPH-MG |
| Respondent-Appellee. | ) | Hon. James P. Hanlon, *Judge*. |

<u>APPEARANCE</u>

Comes now, Thomas E. Wheeler II, United States Attorney for the

Southern District of Indiana, by Colin Clark, Assistant United States

Attorney for the Southern District of Indiana, and enters his appearance as

counsel for the United States of America.[1]

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: s/ Colin Clark

Colin Clark
Assistant United States Attorney

---

[1] According to the BOP Inmate Locator, Mr. Robinson is currently held at USP
Terre Haute. The heading of this notice lists the current warden as the respondent.
(*But see* Doc. 10 (listing Steven Merendino as warden).)

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CMF/ECF system to the following:

Jonathan Aminoff
Michael B. Petersen
Attorneys for Petitioner-Appellant
jonathan_aminoff@fd.org
michael_petersen@fd.org

s/ Colin Clark

Colin Clark
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: colin.clark@usdoj.gov