UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JULIUS O. ROBINSON, | ) | USCA No. 24-3040 |
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| v. | ) | District Court for the Southern |
| | ) | District of Indiana, |
| | ) | Terre Haute Division |
| BRIAN LAMMER, Warden, | ) | |
| | ) | USDC No. 2:20-cv-00640-JPH-MG |
| Respondent-Appellee. | ) | Hon. James P. Hanlon, *Judge*. |

AMENDED APPEARANCE

Comes now, Thomas E. Wheeler II, United States Attorney for the

Southern District of Indiana, by Colin Clark, Assistant United States

Attorney for the Southern District of Indiana, and enters his appearance as

counsel for the United States of America.[1]

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:   s/ Colin Clark
        Colin Clark
        Assistant United States Attorney

---

[1] According to the BOP Inmate Locator, Mr. Robinson is currently held at USP
Terre Haute. In his original appearance, the undersigned mistakenly listed Joseph
Wadas as the Warden FCC Terre Haute. (*See* Doc. 11.) Warden Wadas was
transferred, and Brian Lammer became Warden on October 19, 2025.

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CMF/ECF system to the following:

Jonathan Aminoff
Michael B. Petersen
Attorneys for Petitioner-Appellant
jonathan_aminoff@fd.org
michael_petersen@fd.org

s/ Colin Clark

Colin Clark
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: colin.clark@usdoj.gov