USCA NO. 24-3040

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT

JULIUS OMAR ROBINSON,

        Petitioner-Appellant,

        v.

STEVEN MERENDINO,

        Respondent-Appellee.

DC NO. 2:20-cv-00640-JPH-DLP

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR REHEARING AND REHEARING EN BANC**

---

APPEAL FROM THE SOUTHERN DISTRICT COURT OF INDIANA
TERRE HAUTE DIVISION

HONORABLE JAMES PATRICK HANLON
United States District Judge

CUAUHTEMOC ORTEGA
Federal Public Defender
JONATHAN C. AMINOFF
Jonathan_Aminoff@fd.org
MICHAEL PETERSEN
Michael_Petersen@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
Attorneys for Petitioner-Appellant

Julius Robinson, by undersigned counsel, respectfully applies to this Court under Federal Rule of Appellate Procedure 40(d)(1) and Seventh Circuit Rule 26 for a 30-day extension of time to file a petition for rehearing and rehearing en banc to March 6, 2026. The petition for rehearing is currently due on February 5, 2026. This is Mr. Robinson's first request for an extension of time.

Mr. Robinson in support thereof states:

1. Mr. Robinson is in federal custody.

2. This Court affirmed the District Court's ruling on December 22, 2025.

3. For the reasons set out in counsel's affidavit, submitted pursuant to Circuit Rule 26 and attached hereto, counsel believes that the petition for rehearing cannot be completed prior to February 5, 2026.

4. Counsel respectfully requests a 30-day extension of time through and including March 6, 2026.

WHEREFORE, counsel for Julius Robinson requests an extension of time to file his petition for rehearing and rehearing en banc.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 29, 2026    By  */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
MICHAEL PETERSEN
Deputy Federal Public Defender
Attorney for Petitioner-Appellant

1

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PETITION FOR REHEARING AND REHEARING EN BANC**

1. On December 3, 2020, Mr. Robinson filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in Southern District of Indiana case number 2:20-cv-00640-JPH-DLP. Briefing was completed in the case on October 12, 2022. Dkt. 31.

2. On September 30, 2024, the U.S. District Court for the Southern District of Indiana dismissed Mr. Robinson's § 2241 petition for lack of jurisdiction. On November 8, 2022, Mr. Robinson filed a Notice of Appeal (dkt. 36), docketing statement (dkt. 37), and motion for leave to proceed in forma pauperis (dkt 38).

3. On November 14, 2024, this Court ordered Appellant to file a memorandum explaining why this case should not be summarily affirmed in light of the Supreme Court's recent decision in *Jones v. Hendrix*, 599 U.S. 465 (2023) and whether this Court's en banc decision in *Webster v. Daniels*, 784 F.3d 1123 (7th Cir 2015) survives *Jones* and, if so, how Appellant's claims are cognizable under § 2241. The order also suspended briefing in the case.

4. That memorandum was filed on February 18, 2025.

5. On December 1, 2025, this Court ordered the parties to file memoranda addressing how the appeal should proceed in light of *Agofsky v.*

*Baysore,* No. 24-1067 (7th Cir. Nov. 26, 2025). Appellant filed that memorandum on December 15, 2025.

6.      Without reinstating briefing, on December 22, 2025, this Court issued its opinion in this case, affirming the District Court's order.

7.      Due to our commitments in other ongoing litigation, counsel for Mr. Robinson are unable to complete the Petition for Rehearing and Rehearing en Banc by the current due date, February 5, 2026.

8.      My co-counsel, Deputy Federal Public Defender Jonathan Aminoff is part of the trial team in *United States* v. *Johnson*, Central District of California Case No. 2:25-cr-00178-SVW-1. He entered his notice of appearance in the case on October 15, 2025, and trial began on January 27, 2026. Since this Court's decision on December 22, 2025, a substantial amount of his time has been spent preparing for this trial. The charges in the case—drug distribution with death resulting—are significant.

9.      On January 14, 2026, I filed a Petition for Review in a capital case, *People v. Cain*, California Supreme Court Case Number S294810. The preparation and filing of that brief took substantial time. The underlying California Court of Appeal decision was issued on December 8, 2025, and the time for filing could not be extended.

10. In addition, since December 22, 2025, I have been out of the office for two weeks due to preplanned holiday leave and unexpected sick leave.

11. With due diligence and giving proper priority to the preparation of the Petition for Rehearing and Rehearing en Banc, I do not feel that I can complete it and submit it by the current due date.

12. Consequently, I am asking for a 30-day extension to file Mr. Robinson's Petition for Rehearing and Rehearing en Banc, with the new due date to be March 6, 2026. .

I affirm under penalty for perjury that the above representations are true and correct.

*/s/ Michael Petersen* .
MICHAEL PETERSEN

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 29, 2026**, I filed this motion for extension of time to file appellant's petition for rehearing and rehearing en banc through this Court's electronic case-filing system, which will serve all participants in this case who are registered users of that system. I also certify that I have directed that this motion be sent by first-class mail to:

> Julius Robinson, Reg No. 26190-177
> USP-Terre Haute
> P.O. Box 33
> Terre Haute, Indiana 47808

DATED: January 29, 2026          */s/ Elizabeth Banuelos*
                                 ELIZABETH BANUELOS