# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

January 30, 2026

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

|  | JULIUS O. ROBINSON,<br>                    Petitioner - Appellant |
| --- | --- |
| No. 24-3040 | v. |
|  | BRIAN LAMMER, Warden,<br>                    Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00640-JPH-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

Upon consideration of the **APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR REHERAING AND REHEARING EN BANC**, filed on January 29, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion for extension is **GRANTED** only to the extent that any petition for rehearing is due by February 17, 2026.

form name: **c7_Order_3J**    (form ID: **177**)