# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

February 17, 2026

| | |
|---|---|
| No. 24-3040 | JULIUS O. ROBINSON,<br>        Petitioner - Appellant<br><br>v.<br><br>BRIAN LAMMER, Warden,<br>        Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00640-JPH-MG |
| Southern District of Indiana, Terre Haute Division |
| District Judge James P. Hanlon |

**To:**    Michael Petersen
OFFICE OF THE FEDERAL PUBLIC DEFENDER
321 E. Second Street
Los Angeles, CA 90012

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within three (3) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the three (3) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

**The front cover is incorrect**. See Fed. R. App. P. 32(a)(2)(A) through (F). **The Appellee should be Brian Lammer not Steven Merendino.**

The resubmission will be deemed timely if the electronic filing is accomplished within three (3) days of this notice (by 11:59 pm on the third day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

_____

CH

NOTE:    Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)