# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 4, 2026

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 24-3040<br><br>JULIUS OMAR ROBINSON,<br>    *Petitioner-Appellant*,<br><br>        *v.*<br><br>BRIAN LAMMER, Warden, USP Terre Haute,<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute.<br><br>No. 2:20-cv-00640-JPH-MG<br><br>James Patrick Hanlon,<br>*Judge*. |

**O R D E R**

Petitioner-Appellant filed a petition for rehearing and rehearing en banc on February 17, 2026. No judge[*] in regular active service has requested a vote on the petition for rehearing en banc, and all the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

[*]Circuit Judge Pryor did not participate in the consideration of this petition.