# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 22, 2025

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**FRANK H. EASTERBROOK**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

|  | JULIUS O. ROBINSON,<br>            Petitioner - Appellant |
|---|---|
| No. 24-3040 | v. |
|  | BRIAN LAMMER, Warden,<br>            Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00640-JPH-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)