# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 12, 2026

To: Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute, IN 47807

| | |
|---|---|
| No. 24-3040 | JULIUS O. ROBINSON,<br>　　　　　Petitioner - Appellant<br><br>v.<br><br>BRIAN LAMMER, Warden,<br>　　　　　Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00640-JPH-MG<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　No record to be returned

form name: **c7_Mandate**　　(form ID: **135**)